THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE LICENZIATO, Appellant.

*People* v. *Licenziato*, 168 App. Div. 913, affirmed.
(Submitted June 18, 1915; decided November 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1915, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of criminally carrying a concealed weapon.

*Adolphus D. Pape* and *Caesar B. F. Barra* for appellant.

*Charles A. Perkins*, District Attorney (*Stanley L. Richter* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., COLLIN, CUDDEBACK, CARDOZO and SEABURY, JJ.